RICHARD GRAF, Respondent, v. R. GORDON MACKAY, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of November, 1914, denying a motion to make the complaint more definite and certain.

PER CURIAM: The order appealed from is modified by requiring the complaint to be made more definite and certain as stated in paragraphs 1, 2 and 3 of the demand set forrh in the affidavit of the defendant's attorney. As so modified the order is affirmed, with ten dollars costs and disbursements to the appellant. Present — Ingraham, P. J., Clarke, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, with ten dollars costs and disbursements to appellant. Order to be settled on notice.

---

EDWARD A. X. HARTMANN, Respondent, v. PAUL ARMSTRONG, Appellant.

Appeal from an order, entered in the New York county clerk's office on the 25th day of February, 1915, denying a motion to vacate an order for the examination of a witness before trial, etc.

PER CURIAM: The order appealed from is modified by restricting the examination to matters concerning the receipt and contents of the letter specified in the affidavit of the plaintiff's attorney, and by striking out the provision for the production of such letter. As so modified, the order is affirmed, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as directed in opinion, and as modified affirmed, without costs. Order to be settled on notice.

---

ELIAS JACOBSON, Respondent, v. JAMES STRONG, JR., and JOHN STRONG, Copartners, etc., Appellants.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 1st day of December, 1914, denying a motion to change the place of trial.

PER CURIAM: The whole transaction out of which this action arose took place in Suffolk county, and, so far as appears, all the witnesses who can testify to facts relevant to the issue reside there. The order appealed from is reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.